12/30/2021

Dear Honorable Judge Richard G. Kopf,

I am writing in regards to my case 4:18 CR-03069. I have tried so many times to get ahold of my lawyer, Toni Wilson, but no avail. I am serving my state and federal cases concurrently Nebraska Correctional Center for Women. The questions I have are about my federal case.

Since I am serving my federal case at a stste facility I need the 54 days good time credited. I have also successfully completed the Residental Substance Unit Treatment Program which is equivalent to the Federal facility's "R-dap" program. Will you please give me time credit off my sentance as you would in a federal facility?

I have also achieved my G.E.D. and would like to know if this is also credited to earn time off of my federal sentence?

I have written the U.S. Marshalls about getting a sentance computation sheet to help me in this matter since my sentances are concurrent, I need proof of the time that should be taken off of my sentance.

Again, I have not had contact with my lawyer, Toni Wilson, in quite some time. She does not answer her phone as that was my only means of contact as I am incarcerated. That is why im reaching out to you so I can advocate for myself. Please correspond with me here at NCCW, 1107 Recharge Rd., York, NE, 68467.

Thank you for your time and effort in this important matter. I look forward to hearing from your office.

Best Regards,
Taffin M. Nuss

*Taffin M. Nuss*

Taffin M. Nuss #99697
4:18 CR-03069
1107 Recharge Rd.
York NE, 68467

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 JAN 26 PM 3:23

# Certificate of Completion
# TAFFIN NUSS
## NCCW Residential Substance Use Treatment

*Acknowledged on this date*

**April 22, 2021**

_____   _____
**Counselor**                **Supervisor**

# State of Nebraska

## Department of Education
## High School Diploma

*This certifies that*

*Taffin Nuss*

has successfully demonstrated the competencies for high school graduation measured by achievement on approved tests and other criteria deemed pertinent by the Commissioner of Education.

By official action of the State Board of Education in recognition of this achievement, this diploma is hereby awarded.

Dated this 30th day of March 2021

*Commissioner of Education*

*Director, Adult Education*

Diploma No. 88408



# OFFICIAL GED® TRANSCRIPT

Issued under the auspices of GED Testing Service as of 3/28/2021 in the State of Nebraska

*T. Lauer*
Nebraska GED® Administrator

## CANDIDATE INFORMATION

**Last Name** NUSS  **First Name** TAFFIN  **Middle Name**

**Address** 1107 RECHARGE RD  **Address 2**
YORK, NE 68467

**Country** United States

**Phone** 402-362-3317  **Jurisdiction** Nebraska

**Date of Birth** 07/19/1988

## TEST RESULTS

|  | LANGUAGE | DATE | SCORE * | PERFORMANCE LEVEL ** | STATUS | PERCENTILE RANK |
|---|---|---|---|---|---|---|
| Reasoning Through Language Arts | English | 04/03/2019 | 151 | GED® | PASS | 35 |
| Mathematical Reasoning | English | 03/03/2021 | 166 | GED® - College Ready | PASS | 75 |
| Science | English | 08/12/2020 | 157 | GED® | PASS | 53 |
| Social Studies | English | 06/25/2019 | 158 | GED® | PASS | 51 |
|  |  | TOTAL | 632 |  | OVERALL PASS |  |

Official copies of this report can be obtained from the Nebraska Department of Education: 402/471-2475. Test scores are accepted as official only when reported directly by Official GED® Centers, the Defense Activity for Non-Traditional Education Support (DANTES), directors of Veterans Administration hospitals, or the GED® Testing Service.

*Pass or Fail as determined by state policy — see reverse

Adult Education
Nebraska Department of Education
301 Centennial Mall South
PO Box 94987
Lincoln, NE 68509
402/471-2475

\* The scores on the report are the highest scores achieved by the candidate and not necessarily the most recent. If retest scores are lower than scores previously achieved, then retest scores are not reported.
\*\* The GED® College Ready level (165-174) demonstrates skills that are consistent with those required to be college-and-career ready. In addition to earning a high school equivalency credential, an individual may also be eligible to enroll directly in credit-bearing courses in a college/university, subject to the policies of the institution in which the student is enrolling. The GED® College Ready + Credit level (175-200) means that the test taker has already demonstrated some of the skills that are taught in college-level courses and may be eligible for up to 10 semester hours of college credit, subject to the policies of the institution in which the student is enrolling.



Taffin Nuss #99697
1107 Recharge Rd.
York NE. 68467

Senior Judge Richard G. Kopf
100 centennial Mall
Lincoln NE. 68508

RECEIVED
JAN 26 2022
RICHARD G. KOPF
U.S. DISTRICT JUDGE

NOTICE! This correspondence was mailed by an inmate confined in an institution operated by the Nebraska Department of Correctional Services. Its contents are uncensored.