IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>TAFFIN MONAE NUSS,<br><br>　　　　　　　Defendant. | 4:18CR3069<br><br>**ORDER** |

　　IT IS ORDERED that the previously appointed counsel, Toni M. Leija-Wilson shall file a response to the defendant's Motion for Good Time Credit, filing no. 53, as to defendant Taffin Monae Nuss within 30 days of today's date.

　　Dated this 6th day of July, 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Richard G. Kopf*

　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　Senior United States District Judge