IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18CR3069 |
| vs. | |
| TAFFIN MONAE NUSS, | ORDER |
| Defendant. | |

IT IS ORDERED that the Government shall file a response to the defendant's Motion for Good Time Credit, filing no. [53] and the Federal Public Defender's Response, filing no. [55] within 30 days of today's date.

Dated this 27th day of July, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge