IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18CR3069 |
| vs. | |
| TAFFIN MONAE NUSS, | ORDER |
| Defendant. | |

The government has responded (filing 58) and I adopt it.

IT IS ORDERED that the motion for good time credit (filing 53) is denied without prejudice. The government's motion to restrict (filing 57) is granted. However, counsel for the defendant shall send a copy of this order to the appropriate persons with the state government requesting that the State of Nebraska provide the Bureau of Prisons with the necessary form and supporting documentation so it may calculate credit.

Dated this 31st day of August, 2022.

BY THE COURT:

Richard G. Kopf
Senior United States District Judge